Summons - Alias Summons (12/31/15) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**MARGARET JANE CAMPOS**

v.

**COOK COUNTY STATE'S ATTORNEY'S OFFICE;
COOK COUNTY**

No. 2018-L-002499

Defendant Address:
COOK COUNTY STATE'S ATTORNEY'S OFFICE
500 RICHARD J. DALEY CENTER
50 WEST WASHINGTON
CHICAGO, IL 60602

☑ SUMMONS ☐ ALIAS - SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 801 , Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid 1500
Rolling Meadows, IL 60008

☐ District 4 - Maywood
Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60428

☐ Richard J. Daley Center
50 W. Washington, LL-01
Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: 59135
Name: LEONARD MEYER LLP
Atty. for: MARGARET JANE CAMPOS
Address: 120 N LASALLE 2000
City/State/Zip Code: CHICAGO, IL 60602
Telephone: (312) 380-6634
Primary Email Address: ewhite@leonardmeyerllp.com
Secondary Email Address(es):

Witness: Thursday, 08 March 2018

/s DOROTHY BROWN
DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

_____
(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 1 of 1

Summons - Alias Summons  (12/31/15) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**MARGARET JANE CAMPOS**

v.

**COOK COUNTY STATE'S ATTORNEY'S OFFICE; COOK COUNTY**

No. 2018-L-002499

Defendant Address:
COOK COUNTY STATE'S ATTORNEY'S OFFICE
500 RICHARD J. DALEY CENTER
50 WEST WASHINGTON
CHICAGO, IL 60602

☑ SUMMONS  ☐ ALIAS - SUMMONS

**To each defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 801, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid 1500
Rolling Meadows, IL 60008

☐ District 4 - Maywood
Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60428

☐ Richard J. Daley Center
50 W. Washington, LL-01
Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: 59135
Name: LEONARD MEYER LLP
Atty. for: MARGARET JANE CAMPOS
Address: 120 N LASALLE 2000
City/State/Zip Code: CHICAGO, IL 60602
Telephone: (312) 380-6634
Primary Email Address: ewhite@leonardmeyerllp.com
Secondary Email Address(es):

Witness: Thursday, 08 DOROTHY BROWN CLERK OF THE CIRCUIT COURT

/s DOROTHY BROWN
DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

_____
(Area Code)  (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 1 of 1

# Law DIVISION
## Litigant List

Printed on 03/08/2018

Case Number: 2018-L-002499　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1

## Plaintiffs

| Plaintiffs Name | Plaintiffs Address | State | Zip | Unit # |
|---|---|---|---|---|
| MARGARET JANE CAMPOS | | | | |

Total Plaintiffs: 1

## Defendants

| Defendant Name | Defendant Address | State | Zip | Unit # | Service By |
|---|---|---|---|---|---|
| COOK COUNTY STATE'S ATTORNEY'S OFFICE | 500 RICHARD J. DALEY CENTER CHICAGO, | IL | 60602 | 50 WEST | Sheriff-Clerk |
| COOK COUNTY | 500 RICHARD J. DALEY CENTER CHICAGO, | IL | 60602 | 50 WEST | Sheriff-Clerk |

Total Defendants: 2

ELECTRONICALLY FILED
3/8/2018 1:45 PM
2018-L-002499
CALENDAR: W
PAGE 1 of 5
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

**IN THE CIRCUIT COURT OF COOK COUNTY, COUNTY DEPARTMENT, LAW DIVISION**

| | |
|---|---|
| **MARGARET JANE CAMPOS,** | |
| **Plaintiff,** | Case No, _____ |
| v. | Judge _____ |
| **COOK COUNTY STATE'S ATTORNEY'S OFFICE and COOK COUNTY, ILLINOIS** | |
| **Defendants.** | |

## COMPLAINT

Plaintiff, Margaret Campos ("Ms. Campos"), by and through her undersigned counsel, alleges and states as follows as her Complaint against Defendants, COOK COUNTY STATE'S ATTORNEY'S OFFICE (the "OFFICE"), and COOK COUNTY, ILLINOIS (the "COUNTY"):

### THE PARTIES

1. Plaintiff, Ms. Campos, is a citizen and resident of the State of Illinois and of this County. At all relevant times, Ms. Campos was employed by the OFFICE and the COUNTY.

2. At all relevant times, the OFFICE did business, and regularly and continuously transacted business in the State of Illinois and in this County. At all relevant times, the OFFICE and the COUNTY were the employer of Ms. Campos.

3. At all relevant times, the COUNTY is a county in this judicial district that operates and maintains the OFFICE.

ELECTRONICALLY FILED
3/8/2018 1:45 PM
2018-L-002499
PAGE 2 of 5

## JURISDICTION & VENUE

4. The Court has jurisdiction over this matter, and venue is proper because Defendants were at all relevant times doing and transacting business in this County, including by way of employing Ms. Campos, and the events and omissions giving rise to Ms. Campos's claims all occurred in this County – and arose out of Ms. Campos's employment with the Defendants.

## BACKGROUND FACTS

5. At all relevant times, Ms. Campos was employed by the OFFICE as an Assistant State's Attorney in the Criminal Trial Division.

6. At all relevant times, Ms. Campos met and/or exceeded the OFFICE's legitimate performance expectations.

7. On or about May 10 or May 11, 2017, Ms. Campos requested leave under the Family and Medical Leave Act ("FMLA") from the OFFICE because of her father's "serious health condition," as defined by the FMLA, including but not limited to his upcoming out-of-State surgery. *See* 29 C.F.R. 825.113 (defining "serious health condition").

8. On or about the following Monday, the OFFICE, through one of its duly authorized human resource employee representatives, told Ms. Campos during a telephone call that the OFFICE would provide her with approved FMLA leave.

9. That employee of the OFFICE further instructed Ms. Campos to fax or otherwise provide the OFFICE with documentation verifying Ms. Campos's father's serious health condition.

10. Ms. Campos complied with that request by faxing such documentation to the OFFICE.

2

11. The OFFICE did not request or require Ms. Campos to fill out or submit any other documentation or paperwork.

12. Accordingly, pursuant to her approved leave, Ms. Campos was off work until on or about June 5, 2017.

13. Ms. Campos subsequently learned that her superiors were furious that she had missed work, and that in particular she had missed making a presentation during her leave.

14. On or about July 14, 2017, the OFFICE terminated Ms. Campos's employment, effective August 1, 2017, because she took FMLA time off and in retaliation for taking such leave.

## LEGAL CLAIMS

### COUNT I - VIOLATIONS OF THE FMLA
(Against Defendant COOK COUNTY STATE'S ATTORNEY'S OFFICE)

15. Ms. Campos incorporates by reference, as though fully set forth herein, Paragraphs 1 through 14 above as Paragraph 15 of Count I of her Complaint.

16. At all relevant times, Ms. Campos was an "eligible employee" of the OFFICE within the meaning of the Family and Medical Leave Act ("FMLA"), 29 U.S.C. § 2601, *et. seq.*, and a "person" subject to the FMLA's coverage.

17. At all relevant times, the OFFICE was an "employer" within the meaning of the FMLA. *Id.*

18. The FMLA forbids an employer from discriminating or retaliating against an employee because of his or her assertion of her rights under the FMLA.

19. The OFFICE terminated Ms. Campos's employment because she took FMLA time off and in retaliation for taking such leave.

ELECTRONICALLY FILED
3/8/2018 1:45 PM
2018-L-002499
PAGE 3 of 5

3

ELECTRONICALLY FILED
3/8/2018 1:45 PM
2018-L-002499
PAGE 4 of 5

20. In so doing, the OFFICE acted intentionally, willfully, and wantonly, and with intentional disregard for Ms. Campos's rights and the law.

21. As a direct and proximate result of the OFFICE's discriminatory and retaliatory actions in violation of the FMLA, Ms. Campos has suffered damages, including but not limited to: loss of wages, loss of benefits, and emotional distress.

**WHEREFORE**, Plaintiff, Ms. Campos, by and through her undersigned counsel, respectfully prays for the entry of judgment in her favor and against the Defendant COOK COUNTY STATE'S ATTORNEY'S OFFICE on Count I of her Complaint, in an amount in excess of $50,000 and to be more fully proven through discovery and trial, for all compensatory damages that she is allowed to recover under the FMLA, for liquidated damages as allowed under the FMLA, for reinstatement, for emotional distress damages, punitive damages, interest, and for all other relief that she is entitled to recover under the FMLA, and for all such other and further relief as is appropriate under the circumstances.

### COUNT II - INDEMNIFICATION
### (Against Defendant COOK COUNTY)

22. Ms. Campos incorporates by reference, as though fully set forth herein, Paragraphs 1 through 15 above as Paragraph 22 of Count II of her Complaint.

23. Defendant COOK COUNTY STATE'S ATTORNEY'S OFFICE is liable for violating Plaintiff's FMLA rights.

24. Pursuant to 745 ILCS 10/9-102, COOK COUNTY must indemnify any judgment against Defendant COOK COUNTY STATE'S ATTORNEY'S OFFICE.

**WHEREFORE**, Plaintiff, Ms. Campos, by and through her undersigned counsel, respectfully prays for the entry of judgment in her favor and against the Defendant COOK COUNTY on Count II of her Complaint, in an amount in excess of $50,000 and to be more fully

proven through discovery and trial, for all compensatory damages that she is allowed to recover under the FMLA, for liquidated damages as allowed under the FMLA, for reinstatement, for emotional distress damages, punitive damages, interest, and for all other relief that she is entitled to recover under the FMLA, and for all such other and further relief as is appropriate under the circumstances.

**RESPECTFULLY SUBMITTED,**

By:   s/Michael I. Leonard
      **Counsel for Plaintiff**

ELECTRONICALLY FILED
3/8/2018 1:45 PM
2018-L-002499
PAGE 5 of 5

**LEONARDMEYER, LLP**
Michael I. Leonard
Ethan E. White
120 North LaSalle, 20th Floor
Chicago, Illinois 60602
(312) 380-6559 (direct)
(312) 264-0671 (fax)
Law Firm I.D. No. 59135

5